## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FUESS                Case No.: 15cv1148 BEN(RBB)
                                                 Time Spent:

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

### Attorneys

Plaintiffs                                              Defendants

PROCEEDINGS:        ☐ In Chambers        ☐ In Court        ☐ Telephonic

On August 31, 2016, Plaintiff filed a "Reply Brief in Support of United States' Motion to Compel Discovery and Motion for Discovery Sanctions" (the "Reply") [ECF No. 25]. There, the United States requests that the September 7, 2016 hearing date be vacated, or in the alternative, that Plaintiff's counsel be permitted to appear telephonically at the hearing. (Reply 2, ECF No. 25.) This request is improperly raised in the Reply. See United States v. Boggi, 74 F.3d 470, 478 (3d Cir. 1996) (noting the general practice is not to entertain arguments first raised in a reply brief because it deprives the opposing party of an adequate opportunity to respond). But even ignoring the propriety of raising this request in the Reply, the United States has not shown good cause for this request. As a result, this request is **DENIED**.

DATE: September 1, 2016        IT IS SO ORDERED:    _Ruben Brooks_
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Benitez
    All Parties of Record